IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DARRELL FREDERICK, court appointed
personal representative of the ESTATE
OF FALLON FREDERICK, deceased                                    PLAINTIFF

v.                            CASE NO. 5:15-cv-05120

THE CITY OF ROGERS, ARKANSAS;
VINCE MOTSINGER, individually and in
his official capacity; NICK TORKELSON,
individually and in his official capacity;
and SCOTT CLIFTON, individually and in
his official capacity                                            DEFENDANTS

## JUDGMENT

For the reasons stated in the Court's Opinion and Order filed on this same date, Defendants' Motion for Summary Judgment (Doc. 16) is **GRANTED**. This case is therefore **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 25th day of July, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE